07/27/2006 09:30 FAX  ☒002/002



**STOLL &
GLICKMAN**LLP
ATTORNEYS AT LAW

71 NEVINS STREET
BROOKLYN, NY 11217
P: (718) 852-3710
F: (718) 852-3586

WWW.STOLLGLICKMAN.COM

Chambers of the Hon. Allyne Ross
United States District Judge, SDNY
Courtroom 8-C
Brooklyn, NY 11201
BY FAX
Re: <u>United States of America v. Dori Weinstock</u> 05CR0842

*Application granted.
So ordered.
7/27/06         , USDJ

cc: Counsel
    Pre-Trial Services*

July 27, 2006

Your Honor-

I write to request that Mr. Weinstock's conditions of release be expanded to allow him to travel to Puerto Rico during the Labor Day holiday. AUSA Scott Morvillo, assigned to this case, consents to this request. I have also spoken with his counselor at pre trial services who has no objection to this brief vacation.

I recognize that this vacation is subsequent to Mr. Weinstock's August 24th court appearance where we anticipate a plea will be taken. If that poses an obstacle to this request, I respectfully ask the Court to move his plea date to anytime in September. This will also give Mr. Weinstock's employer, who is also Mr. Weinstock's father, time to find a replacement for him if he were remanded after his plea.

Since Mr. Weinstock's release in December of 2005, he has followed all the rules mandated by the Court and prescribed by pre trial services. He has been present at every court appearance. He has continued to maintain employment and reside with his parents in Brooklyn. He respectfully makes this request so that he may vacation prior to his possible incarceration.

If granted, Mr. Weinstock will provide all the details of his travel to pre trial services. Thank you for your consideration.

Sincerely Yours,

Nicole Bellina, Esq.
718 852 4491

cc AUSA Scott Morvillo (BY FAX)

07/27/2006 09:30 FAX                                                                 ☒001/002

# Stoll & Glickman L.L.P.
## ATTORNEYS AT LAW
## 71 NEVINS STREET
## BROOKLYN, NEW YORK 11217

### Fax Cover Page

( 1 ) Pages to Follow

To: United States District Judge Allyne Ross

U.S. District Court, EDNY

From: Nicole Bellina, Esq.
Stoll & Glickman, L.L.P.
Tel. (718) 852-4491
Fax (718) 852-3586

Fax: 718 613 2386

Date: July 27, 2006

****** CONFIDENTIALITY NOTICE ******
THIS FACSIMILE, INCLUDING ANY ATTACHED FILES, MAY CONTAIN CONFIDENTIAL, PROPRIETARY AND/OR PRIVILEGED INFORMATION FOR THE SOLE USE OF THE INTENDED RECIPIENT(S). ANY REVIEW, USE, DISTRIBUTION, COPY OR DISCLOSURE BY OTHERS IS STRICTLY PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO RECEIVE INFORMATION FOR THE RECIPIENT), PLEASE CONTACT THE SENDER AND RETURN ALL COPIES OF THIS MESSAGE TO THE ADDRESS ABOVE.

THANK YOU

**Message:** Please see attached.